# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., by and through her *Guardian ad Litem*, Helen Cervantes, individually, and as successor-in-interest to RAMON TALAMANTEZ MENDOZA, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al*.,<br><br>Defendants. | Case No. 1:15-cv-01709---EPG<br><br>New Case No. 1:15-cv-01709-LJO-SAB<br><br>ORDER RELATING CASES AND REASSIGNING ACTION TO UNITED STATES DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE STANELY A. BOONE |

On November 9, 2015, Plaintiff filed this action alleging deliberate indifference in violation of the Eighth Amendment and racial discrimination in violation of the Fourteenth Amendment. (ECF No. 1.) The complaint generally alleges that the defendants were deliberately indifferent by housing Ramon Talamantez Mendoza at Pleasant Valley State Prison due to the prevalence of Valley Fever in the area.

A series of similar actions have been related and consolidated. A review of this action reveals that it is related under Local Rule 123 to the actions entitled <u>Jackson, *et al*. v. State of California, et al.</u>, 1:13-cv-01055-LJO-SAB; and <u>Smith, *et al*. v. Schwarzeneggar, et al.</u>, 1:14-cv-00060-LJO-SAB. The actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with cases 1:13-cv-01055-LJO-SAB and 1:14-cv-00060-LJO-SAB;

2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and Magistrate Judge Stanely A. Boone;

3. The new case number shall be:

    1:15-cv-01709-LJO-SAB

    and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **November 12, 2015**          /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

2