# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M., et al., | Case No. 1:15-cv-01709-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH ORDER SETTING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| SCHWARZENEGGER, et al., | |
| Defendants. | |
| | (ECF No. 5-1) |
| | FIVE DAY DEADLINE |

On November 13, 2015 an order issued reassigning this action to the undersigned. On November 16, 2015, an order setting the mandatory scheduling conference issued. Pursuant to the November 16, 2015 order, the parties were required to appear for a mandatory scheduling conference on March 8, 2015 at 9:30 a.m. and file a joint scheduling report one week prior to the conference. The parties did not file a joint statement or appear for the March 8, 2016 scheduling conference. Further, the Court notes that Plaintiffs have not filed a notice that service has been completed in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days from the date of service of this order, Plaintiffs shall show cause in writing why sanctions should not issue for the failure to comply with or otherwise respond to the November 16, 2016 order.

1

2. Plaintiffs are advised that failure to comply with this order will result in the issuance up sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **March 10, 2016**

UNITED STATES MAGISTRATE JUDGE