# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| M., et al.,            | Case No.  1:15-cv-01709-LJO-SAB |
|---|---|
| Plaintiffs,            | ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING MANDATORY SCHEDULING CONFERENCE FOR MAY 24, 2016 |
| v.                     | |
| SCHWARZENEGGER, et al.,| (ECF Nos. 9, 10) |
| Defendants.            | |

On March 10, 2016, this court issued an order for Plaintiffs to show cause why sanctions should not issue for the failure to file a joint scheduling statement and to appear for a joint scheduling conference as directed by this court's November 16, 2015 order.  On the same date, Plaintiffs filed a response to the order to show cause and notice that the summonses in this action had been executed.  Based on Plaintiffs' response, the order to show cause shall be discharged and the mandatory scheduling conference shall be rescheduled.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed March 10, 2016 is DISCHARGED;

2. A mandatory scheduling conference shall be set before the undersigned for May 24, 2016 at 3:30 p.m. in Courtroom 9;

3. One week prior to the mandatory scheduling conference the parties shall file a joint scheduling statement in compliance with the order setting mandatory

1

scheduling conference filed on November 16, 2015; and

4. Failure to comply with this order may result in the imposition of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**March 11, 2016**__

UNITED STATES MAGISTRATE JUDGE