IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.M., by and through her Guardian ad Litem, Helen Cervantes, individually, and as successor-in-interest to RAMON TALAMANTEZ MENDOZA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 1:15-cv-01709-LJO-SAB<br><br>**ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 14) |

The parties stipulate under Local Rule 144(a) to a twenty-eight-day extension of time for Defendants Schwarzenegger, Cate, and Yates to respond to the complaint.

The parties request the extension of time because Plaintiffs' counsel anticipate filing either a substitution of counsel or a motion to withdraw from the representation by the first week of May. The requested extension would permit Defendants' counsel to then confer with whomever would be proceeding with the action.

This would be a first extension for Defendant Schwarzenegger and a second extension for Defendants Cate and Yates. Defendants would have until May 19, 2016 to respond to the complaint.

Dated: April 21, 2016

*/s/ Brian M. Bush*
(as authorized on April 21, 2016)
BRIAN M. BUSH
Boucher, LLP
*Attorneys for Plaintiffs*

Dated: April 21, 2016

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Jon S. Allin*
_____
JON S. ALLIN
Supervising Deputy Attorney General
*Attorneys for Defendants Schwarzenegger, Cate, and Yates*

IT IS SO ORDERED.

Dated:   **April 22, 2016**

UNITED STATES MAGISTRATE JUDGE

2