# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., et al., | Case No. 1:15-cv-01709-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION |
| v. | (ECF No. 16) |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On November 9, 2015, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983. A mandatory scheduling conference is currently set for May 24, 2016 at 3:30 p.m. in Courtroom 9 before the undersigned. On May 17, 2016, the parties filed a stipulation to convert the scheduling conference into a status conference.

The Court shall convert the mandatory scheduling conference set for May 24, 2016, to an informal telephonic conference. A new mandatory scheduling conference date shall be set after the May 24, 2016 informal teleconference.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference set for May 24, 2016, at 3:30 p.m. is converted into an informal telephonic conference. The parties shall contact Courtroom Deputy Mamie Hernandez to obtain the toll-free teleconference number and teleconference code for the call.

IT IS SO ORDERED.

Dated:   **May 18, 2016**

UNITED STATES MAGISTRATE JUDGE