# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01709-LJO-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO WITHDRAW TO AUGUST 31, 2016; DIRECTING PLAINTIFFS TO PROVIDE PROOF OF APPOINTMENT OF GUARDIAN AD LITEM; AND DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION<br><br>(ECF No. 18) |

Plaintiffs Ramona Talamantez and minors C. M and I. M filed this civil rights action on November 9, 2015, pursuant to 42 U.S.C. § 1983 alleging deliberate indifference in violation of the Eighth Amendment caused the death of their son/father.  While the complaint was filed "by and through her guardian ad litem" neither minor plaintiff has sought to have this court appoint a guardian ad litem to represent them in this action or submitted any documentation that a guardian ad litem was appointed by the state court.  On May 23, 2016, Plaintiffs' counsel filed a motion to withdraw as attorney of record.  The motion to withdraw is currently set to be heard on June 29, 2016 at 10:00 a.m.

Upon review of the motion to withdraw, the Court determines that it is necessary to have Plaintiff Talamantez, Helen Cervantes, and Adelita Montes present for the hearing.  Therefore,

1

the hearing shall be continued to August 31, 2016, and Plaintiffs' counsel shall be required to personally serve the Plaintiffs with a copy of this order to appear for the August 31 hearing.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The hearing on counsel's motion to withdraw is CONTINUED from June 29, 2016, to **August 31, 2016 at 10:00 a.m.** in Courtroom 9;

2. Ramona Talamantez, Helen Cervantes and Adelita Montes SHALL APPEAR **at the Robert Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA on August 31, 2016 at 10:00 a.m. in Courtroom 9**;

3. Plaintiffs' counsel shall personally serve a copy of this order on Ramona Talamantez, Helen Cervantes and Adelita Montes and file proof of service at least fourteen (14) days prior to the August 31, 2016 hearing;

4. Plaintiffs C. M. and I. M. shall file proof of appointment of a guardian ad litem within fourteen (14) days from the date of entry of this order;

5. Defendants shall file an opposition or a statement of non-opposition to the motion to withdraw within fourteen (14) days from the date of entry of this order, Local Rule 230(c); and

6. Plaintiffs are forewarned that failure to appear at the August 31, 2016 hearing in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 21, 2016**

UNITED STATES MAGISTRATE JUDGE